UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

    Plaintiff,

  v.

EDMUND G. BROWN, et al.,

    Defendants.

No. 2:14-cv-337-EFB P

ORDER AND FINDINGS AND RECOMMENDATIONS

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] On February 6, 2014, the court ordered plaintiff to, within 30 days, either pay the filing fee or submit a proper application for leave to proceed in forma pauperis. The court also warned plaintiff that failure to comply with the order would result in a recommendation of dismissal. The time for acting has passed and plaintiff has not paid the filing fee, filed an application for leave to proceed in forma pauperis, or otherwise responded to the court's order.

Accordingly, it hereby is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

/////

---

[1] Plaintiff did not respond to the court's order directing him to complete and return the form indicating either his consent to jurisdiction of the magistrate judge or request for reassignment to a district judge. Accordingly, the clerk will be directed to randomly assign this case to a district judge.

1

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 19, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2