UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-337-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 19, 2014, the court recommended that this action be dismissed after plaintiff failed to either pay the filing fee or apply for in forma pauperis status. Thereafter, plaintiff filed a partial application to proceed in forma pauperis. In light of plaintiff's filings, the court will vacate the March 19, 2014 findings and recommendations. However, the court cannot review plaintiff's complaint until plaintiff properly files an application to proceed in forma pauperis. Plaintiff has filed the required certified trust account statement, but has not filed the required affidavit in support of his request to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 19, 2014 findings and recommendations (ECF No. 5) are vacated.

/////

/////

1

2. Within 30 days from the date of this order, plaintiff shall file a completed affidavit in support of his application to proceed in forma pauperis. Failure to comply with this order may result in another recommendation of dismissal.

3. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

DATED: April 8, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2